Argued and submitted November 6, reversed in part; otherwise affirmed
November 27, 2002

In the Matter of the Compensation of
Larry Thurow, Claimant.

GTE NORTHWEST, INC.,
and AIG Claim Services,
*Petitioners,*

*v.*

Larry THUROW,
*Respondent.*

00-1370, 00-00234; A114154

58 P3d 241

Jerald P. Keene argued the cause and filed the briefs for petitioners.

Christopher D. Moore and Malagon, Moore & Jensen filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Reversed as to attorney fees; otherwise affirmed. *Express Services, Inc. v. Conradson,* 180 Or App 534, 43 P3d 1164, *rev den,* 334 Or 631 (2002).